UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 3 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Mary Aku Quartey, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-00168 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 2/3/2015 |
| ) | Description: Pro Se Gen. Civil |
| Sonia Sotomayor, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This action is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a District of Columbia resident, sues Supreme Court Justice Sonia Sotomayor to "restrain" her "from interfering with [plaintiff's] court cases, activities in Ghana-Accra and United States." The remainder of the one-page complaint consists of baseless and wholly incredible accusations that are so insubstantial as to deprive this Court of subject matter jurisdiction. *See Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). In addition, "it seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action." *Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980); *accord In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: January 30th, 2015

United States District Judge